question.

No. 84–1040.   CAZALAS, DATIVE TESTAMENTARY EXECUTRIX OF THE SUCCESSION OF CAZALAS *v.* GRIOT, DATIVE TESTAMENTARY EXECUTRIX OF THE SUCCESSION OF CAZALAS.   Appeal from Ct. App. La., 4th Cir., dismissed for want of substantial federal question.

No. 84–911.   KOKER ET UX. *v.* SAGE ET AL.   Appeal from Super. Ct. Wash., King County, dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–937.   BELL, INDIVIDUALLY AND DBA WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY ET AL.   Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–5860.   DINGLE *v.* SIMPKINS.   Appeal from Sup. Ct. S. C. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–5974.   NEAL *v.* ALABAMA ET AL.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1027.   BERMAN & SONS, INC., ET AL. *v.* SCOFIELD ET AL.   Appeal from Sup. Jud. Ct. Mass.   Motion of appellees for award of damages and double costs denied.   Appeal dismissed for want of substantial federal question

No. 84–1031.   COMMUNICATIONS SATELLITE CORP. *v.* FRANCHISE TAX BOARD.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.   JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 84–5610.   BECK *v.* KANSAS.   Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.   JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.